OPINION — AG — THE COUNTY ASSESSOR SHOULD ASSESS AGAINST THE OWNER (LESSOR) THEREOF ALL PERSONAL PROPERTY, LEASED TO THE COUNTY UNDER A LEASE PURCHASE AGREEMENT UNTIL SUCH TIME AS THIS PROPERTY BECOMES THE PROPERTY OF THE COUNTY BY BILL OF SALE FROM THE OWNER OR BY OPERATION OF LAW. CITE: ARTICLE IX, SECTION 2, 62 O.S. 1961 430.1 [62-430.1], 62 O.S. 1961 430.2 [62-430.2], 62 O.S. 1961 430.3 [62-430.3], 68 O.S. 1965 Supp., 2405 [68-2405] (W. J. MONROE)